**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

GARLAND DEAN BARNES, Civil No. 02-19 (DWF/AJB)

Petitioner,

v. **ORDER**

SHERYL RAMSTAD-HVASS,
D.O.C. Commissioner, and
TERRY CARLSON, Warden,

Respondents.

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, asserting that the Respondents are causing him to be unlawfully confined at the Minnesota Correctional Facility in Moose Lake, Minnesota.

Respondents are directed to make a return in writing within 20 days from the date of this Order. The return shall certify the true basis for Petitioner's current confinement and shall further show cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's custody in light of the issues raised in the petition;

2. A reasoned memorandum of law and fact fully stating Respondents' legal position, which shall include a recommendation as to the need for this Court to conduct an evidentiary hearing on the merits of the petition, in light of the requirements of relevant statutes and other pertinent authority; and

3. A certified copy of such of the following documents as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record or transcript



FILED JAN 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

of any guilty plea proceeding, and any other court records that may be relevant to the issues presented in this matter.

Respondents' return should specifically address the issue of whether all of Petitioner's current constitutional claims have been fairly presented to, and decided on the merits by, the highest possible State court, and if not, whether there are any state court remedies still available for any such claims that have not been so presented and decided.

The Court will entertain a motion to grant the relief requested in the petition if the written return contemplated by this Order is not timely filed.

Finally, the Court notes that Petitioner has filed an application seeking leave to proceed in forma pauperis, ("IFP"). (Docket No. 2.) Based on the information furnished in Petitioner's IFP application, the Court finds that he is eligible for IFP status. The application will therefore be granted.

Based on the foregoing, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT** Respondents shall file a written return to Petitioner's habeas corpus petition consistent with the terms of this Order, within 20 days from the date of this Order.

**IT IS FURTHER ORDERED THAT** upon filing of this Order and the documents to be submitted by Respondents, the parties shall await the further order of this Court;

**IT IS FURTHER ORDERED THAT** Petitioner's application seeking leave to proceed in forma pauperis, (Docket No. 2), is **GRANTED**.

Dated: 1/9/02

Arthur J. Boylan
United States Magistrate Judge