**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Garland Dean Barnes,

Petitioner,

vs.

Sheryl Ramstad-Hvass, DOC Commissioner;
and Terry Carlson, Warden

Respondents.

Civil No. 02-19 (DWF/AJB)

**ORDER**

---

This matter is before the Court, United States Magistrate Judge Arthur J. Boylan, on Petitioner's letter, dated July 30, 2002 and received by the Court on August 2, 2002. Petitioner requests that the Court order production of documents, therefore, the Court will treat Petitioner's letter as a motion for discovery.

Petitioner requests that the Court order the production of an unexecuted search warrant dated August 25, 1998, surveillance reports and chain of custody reports, so he can be in possession of evidence supporting his arguments that documents were falsified and evidence was planted which, he alleges, resulted in his unlawful conviction.

On July 31, 2002, this Court entered a Report and Recommendation, recommending that the District Court dismiss Petitioner's habeas petition with prejudice. This Court found that Petitioner did not establish by clear and convincing evidence that the state court's findings of fact were in error. The Court also found that Petitioner's allegation that evidence was planted by the police upon their search of 1119 North Lake Avenue and his person, was frivolous. The Court considered Petitioner's conspiracy theory, and even assuming the unexecuted search warrant and surveillance reports contain the information described by Petitioner, found that the evidence did

FILED AUG 0 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

not support the conclusion Petitioner reaches regarding the falsification of documents and planting of evidence.

THEREFORE,

IT IS HEREBY ORDERED that Petitioner's request that the Court order production of documents is denied.

Dated: 8/5/02

Arthur J. Boylan
United States Magistrate Judge