**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Garland Dean Barnes, Civil No. 02-19 (DWF/AJB)

Plaintiff,

v. **ORDER**

Sheryl Ramstad Hvass, DOC Commissioner;
and Terry Carlson, Warden,

Defendant.

---

Garland Dean Barnes, *Pro Se*, #118244, Minnesota Correctional Facility, 970 Pickett Street North, Bayport, MN 55003-1490, Petitioner.

Mark S. Rubin, Assistant St. Louis County Attorney, and Alan L. Mitchell, Assistant St. Louis County Attorney, 501 Courthouse, 100 North Fifth Avenue West, Duluth, MN 55802-1298, counsel for Respondents.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated July 31, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records. and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's motion for an evidentiary hearing (Doc. No. 8) is **DENIED**.

2. The petition for a writ of habeas corpus (Doc. No. 1) is **DENIED**.

SEP 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD SEP 09 2002
DEPUTY CLERK

3. This action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 9, 2002

DONOVAN W. FRANK
Judge of United States District Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: .

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.