**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Garland Dean Barnes,

Petitioner,

v.

Joan Fabian, Commissioner, Department of Corrections; and Warden Terry Carlson,

Respondents.

Civil No. 02-19 (DWF/AJB)

**ORDER**

---

Garland Dean Barnes, *Pro Se*, #118244, Minnesota Correctional Facility, 970 Pickett Street North, Bayport, MN 55303-1490, Petitioner.

Mark S. Rubin, St. Louis County Attorney, and Alan L. Mitchell, Assistant St. Louis County Attorney, 501 Courthouse, 100 North Fifth Avenue West, Duluth, MN 55802-1298, counsel for Respondents.

---

This Court, after review of all of the relevant documents, files, and memoranda, and after considering the arguments of counsel, hereby enters the following:

**ORDER**

The Petitioner, by and through legal counsel, shall, within thirty days of the entry of this order, submit written objections to the Report and Recommendation of Magistrate Judge Arthur J. Boylan dated July 31, 2002.

Dated: March 13, 2003

DONOVAN W. FRANK
Judge of United States District Court

MAR 13 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK