AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Garland Dean Barnes

V.

Joan Fabian, Commissioner of Corrections;
and Warden Terry Carlson

## JUDGMENT IN A CIVIL CASE

Case Number: 02-19 DWF/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Magistrate Judge Arthur J. Boylan's Report and Recommendation dated 7/31/02 is adopted. Defendant's motion for an evidentiary hearing is denied. Petitioner's petition for a writ of habeas corpus is denied. Petitioner's action is dismissed with prejudice.

July 15, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk

Modified:03/10/03